IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ETHAN GUESS, ID # 07652-078,       )
    Petitioner,                )
vs.                                )   No. 3:08-CV-1668-D
                                   )
DAVID BERKEBILE,                   )
    Respondent.                )

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

January 21, 2009.

                                          SIDNEY A. FITZWATER
                                          CHIEF JUDGE